JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SANDRA ALMANZA,,

          Plaintiff,

    v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

          Defendant.

Case No. 2:16-CV-00293-SK

**JUDGMENT**

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: December 15, 2016

_____

HON. STEVE KIM
U.S. MAGISTRATE JUDGE